IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN GORDAN,

    Plaintiff,                    No. CIV S-06-1881 DFL EFB PS

    vs.

BUTTE COUNTY, et al.,

    Defendants.           ORDER

_____/

        On September 18, 2006, plaintiff requested that the court "rush another 42 U.S.C. § 1983 form" to her so that she could comply with this court's order dated September 12, 2006. That order granted plaintiff's request to proceed *in forma pauperis,* but dismissed the complaint with leave to amend.

        Plaintiff seems to believe that she must use a specific form to prepare and file her amended complaint. Her previously dismissed complaint was on a form designed for *currently* incarcerated inmates to file claims pursuant to 42 U.S.C. § 1983. This order is to clarify for plaintiff that because she is not currently incarcerated and is not required to use that form for her amended complaint, further delay in complying with the September 12, 2006 order is unnecessary. Any amended complaint may be submitted on plain paper but must respond to the deficiencies previously pointed out in the September 12, 2006 order, and must otherwise comply

1

with the Federal Rules of Civil Procedure. Even though the form plaintiff requests is not required, the court will order the Clerk to send plaintiff a new form in the event it may help her amend her complaint.

Plaintiff is directed to file an amended complaint in accordance with this court's order dated September 12, 2006. Plaintiff is also directed to refer to the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of California. The court again cautions plaintiff that failure to file an amended complaint within thirty days of the September 12, 2006 order will result in a recommendation that the action be dismissed.

Accordingly, the court hereby ORDERS:

1. The Clerk to send plaintiff a new form for prisoners filing actions pursuant to 42 U.S.C. § 1983; and,

2. Plaintiff to file an amended complaint in compliance with the deadline set forth in the September 12, 2006 order.

DATED: September 26, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE