IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GORDON, a.k.a. SUSAN CAIN-SMART,<br><br>            Plaintiff,<br><br>     vs.<br><br>BUTTE COUNTY, et al.,<br><br>            Defendants.<br>_____/ | No. CIV S-06-1881 DFL EFB PS<br><br><br><br><u>ORDER REGARDING OBJECTIONS</u><br><u>TO DISMISSAL WITH LEAVE TO</u><br><u>AMEND</u> |

This action, in which plaintiff is proceeding pro se, was referred to this court pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1). By order dated September 12, 2006, this court granted plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). By that same order, and pursuant to 28 U.S.C. § 1915(e)(2), the court also screened plaintiff's complaint, and dismissed it with leave to file an amended complaint. Plaintiff filed an amended complaint on October 6, 2006.

The undersigned reviewed the first amended complaint, and on December 5, 2006, issued findings and recommendations recommending that defendant "Butte County District Attorney's Office (Mike Ramsey)" (Hereafter "Ramsey") be dismissed from the action with prejudice on

////

////

1

the grounds of absolute immunity.[1] That same opinion also included an order dismissing the remaining claims with leave to amend. Plaintiff had ten days from service of that order and findings and recommendations to submit objections to the recommendation that defendant Ramsey be dismissed with prejudice. The order for dismissal of the balance of the complaint is not a dispositive order as the dismissal was with leave to amend. Accordingly, any objections to that portion of the opinion is premature unless and until such time as the remainder of the complaint is dismissed without further leave to amend.

Plaintiff filed objections to the findings and recommendations on December 12, 2006. It appears that by those objections, plaintiff seeks to object not only to the recommendation that defendant Ramsey be dismissed from the action with prejudice, but also to the non-dispositive order portion of the December 5, 2006 opinion dismissing the remaining claims with leave to amend. By separate order the district judge will rule on plaintiff's objections to the recommendation to dismiss Ramsey. This order is issued to inform plaintiff that her objections are effective only in addressing the finding and recommendation portion of the December 5, 2006 opinion. They cannot be construed as an appeal from the December 5, 2006 order. *WMX Technologies, Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (*en banc*) (order dismissing claims with leave to amend is not a final appealable order). Neither can plaintiff's objections serve as the amended complaint. *See* E.D. Cal. L.R. 15-220 (requirements for submission of an amended pleading).

Plaintiff is again instructed that the court has granted her an opportunity to file a second amended complaint. Therefore, if she wishes to proceed further with this case the court directs her to file, within twenty (20) days of the date of service of this order, a second amended complaint in accordance with the December 5, 2006 order. The second amended complaint must

---

[1] Those findings and recommendations were issued in conjunction with an order screening plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915(e)(2). As of the date of this order, the district judge has not issued an order either adopting or rejecting the findings and recommendations that defendant Ramsey be dismissed from the action with prejudice.

bear the docket number assigned to this case and must be labeled "Second Amended Complaint." Plaintiff must file an original and two copies of the second amended complaint. Failure to timely file a second amended complaint will result in a recommendation that the remaining claims in this action be dismissed without further leave to amend.

SO ORDERED.

DATED: January 19, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3