IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN GORDON, a.k.a. SUSAN CAIN-SMART,

      Plaintiff,      No. CIV S-06-1881 DFL EFB PS

  vs.

BUTTE COUNTY, et al.,

      Defendants.    FINDINGS & RECOMMENDATIONS
_____/

  By orders filed December 5, 2006 and January 22, 2007, plaintiff's amended complaint was dismissed and plaintiff was granted twenty days in which to file a second amended complaint. That twenty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

1  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
2  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3  DATED: March 1, 2007.

　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE