IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN GORDON, a.k.a. SUSAN CAIN-SMART, | | |
| Plaintiff, | | No. CIV S-06-1881 JAM EFB PS |
| vs. | | |
| BUTTE COUNTY, et al., | | |
| Defendants. | | ORDER |
| _____/ | | |

     On March 1, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days. No objections were filed.

     Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

     The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 1, 2007, are ADOPTED; and

2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED:   9/24/2008

<u>/s/ John A. Mendez</u><br>
UNITED STATES DISTRICT JUDGE